# Court of Appeals
# of the State of Georgia

ATLANTA, January 05, 2015

*The Court of Appeals hereby passes the following order*

## A15D0176. VEOLIA TRANSPORTATION et al. v. VICTORIA PIERCE.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1416749



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 05, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen , Clerk.*